# EXHIBIT A

Dear, Honorable Judge Birotte;

I am Tory J. Basham mother writing to you for a little leniency and empathy. My son is not perfect, and right now my little embarrassment .

I do need him to help me during my illness, I have POEMS syndrome a rare illness that forced me to take early retirement as of last year and the Covid 19 pandemic. I was a Respiratory therapist for 39 years, so to stay safe I retired, plus this year I'm back on the stem cell transplant list at Stanford. My Drs. tell me to stay stress free so I can remain stable till June. I' ve been dealing with this for 12 yrs with my first transplant in 2009. I need my son as a caregiver because my husband who helped me during my first ordeal is now up in age (76). and my mother was around to help him but now has passed on, I know you would love to put him in prison, but maybe he can do probation or  monitor. Yes I was on 7mos and 1 week of weekly chemo last year to stabilize , plus 3 hospital days to take the fluid off my heart and lungs. My son provided me with laughter and a support system. I don't know if he would be a donor match but I don't need a germy person around me.

Sincerely
Lorraine Veal