# EXHIBIT B

## Greetings,

My name is Sebastian Clark I'm an employee of <u>Camwap.com</u> I would like to thank Angelo for the opportunity he has given myself and others. When first getting started I had a lot of technical difficulties and being in a different time zone I thought it would be hard to get things fixed but I'm very happy to say I could reach out to Angelo anytime, and he and his team would get to work on fixing the issue, so I could work no matter what time it was not many people would do that so thank you, Camwap and team for your help and support but mostly thank you, Angelo for always being available and courteous when needed.

Sebastian Clark

## Hello,

I'm writing this letting on behalf of Angelo Phoenix. I've been working for Mr. Phoenix since April 2020 I've always wanted to get Into adult entertainment but just never knew how to start a good friend of mine is also an employee with Camwap and recommended I try out the site. To my surprise his platform really helped me further my career I'm very appreciative to the opportunities Camwap has provided me.

Sincerely
Robert Edwards

To whom it may concern,

Im writing this letter on behalf of Angelo Phoenix I've known him on a business level for about five months now with this Pandemic going on his Cam site has helped me financially without his site me being able to work from home I would have lost a lot due to businesses closing up and cause of that i was very close to becoming home less I appreciate the opportunity he has given myself and other cam models to continue to work in this time of change.

Sincerely,
Margo Garcia

Greeting,

Hello, my name is Krystal Lopez I'm writing this letter on behalf of Angelo Phoenix my employer I have been working part-time with CamWap for about seven months now. I have become full time due to my customer service job has closed down I'm so grateful to be able to still work and provide for my family through these difficult times Mr. Phoenix has been a very understanding boss and being able to work on my own time has been amazing especially having a child in school having to attend to her as well. I'm so appreciative to Mr Phoenix for the opportunity to still do what I love and have family time and not worry each month how I'm going to pay for daily expenses with his site I have also gotten other opportunities for business with photo shoots that I'm very grateful for.

Thank you to CamWap and the creator my boss Mr. Phoenix

Krystal Lopez